IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSÉ GUADALUPE LÓPEZ RAMIREZ,**

    **Plaintiff,**

vs.                                   Case No. 4:12cv588-SPM/CAS

**TRACY BLACKBURN, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate incarcerated in California, has submitted a pro se civil rights complaint on forms designated for the United States District Court Central District of California. Doc. 1. In Plaintiff's statement of jurisdiction, he asserts the violations occurred in California by persons located in California. *Id.* at 2-4. It does not appear that Plaintiff intended to submit this action in the Northern District of Florida.

Because the events at issue in this case and all Defendants are located in the State of California, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 84(c) is in the United States District Court for the Central District of California.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." The Court may also raise the issue of defective venue *sua sponte*. Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257, 1259 (11th Cir. 1988) (stating "a district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction; but the court may not dismiss without first giving the parties an opportunity to present their views on the issue.")

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), it is respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Central District of California, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on November 8, 2012.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**